UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CR 15-688-DSF | Date | September 15, 2026 |
| Title | United States v. Angelina Garcia | | |

| | |
|---|---|
| Present: The Honorable | Anna Y. Park, United States Magistrate Judge |

| | |
|---|---|
| M. Pogosyan | CS 9/11/26 |
| Deputy Clerk | Court Reporter / Recorder |

| | |
|---|---|
| Attorneys Present for Government: | Attorneys Present for Defendant: |
| Natalie Nilan | David Lee Menninger |

**Proceedings:** ORDER OF DETENTION – SUPERVISED RELEASE ALLEGATION

The Court conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release.

The Court finds that Defendant has not carried his burden of establishing by clear and convincing evidence under18 U.S.C. § 3142(b-c) that Defendant:

☒ will appear for further proceedings as required if released.

☒ will not endanger the safety of any other person or the community if released.

The Court bases its findings on the following:

☒ Allegations in petition

☒ Violate conditions of release

☐ Lack of bail resources

☐ No stable residence or employment

☐ Ties to foreign countries

☒ Previous failure to appear or violations of probation, parole, or release

☐ Nature of previous criminal convictions

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CR 15-688-DSF | Date | September 15, 2026 |
| Title | United States v. Angelina Garcia | | |

☐ Substance abuse

☒ Already in custody or violate other state or federal offense

☒ Refusal to interview with Pretrial Services

☐ Protection order and/or outstanding warrants

☒ Defendant did not oppose the detention request.

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.